```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF PUERTO RICO

                              Minute Entry
```

**Hearing Information:**

**Debtor:** MEDIN ANTONIO BARROSO SANTIAGO
**Case Number:** 11-07174-BKT13                                  **Chapter:** 13
**Date / Time / Room:** 9/20/2011 9:00 AM
**Bankruptcy Judge:** BRIAN K. TESTER
**Courtroom Clerk:** MARISOL lOPEZ
**Reporter / ECR:** JOSE ROMO

**Matter:**

Motion for continuation of the automatic stay as to the debtor (#7)

**Appearances:**

JULIEL PEREZ FOR THE CHAPTER 13 TRUSTEE

**Proceedings:**

Hearing moot as the motion was granted as unopposed.

                                          /S/ BRIAN K. TESTER
                                          U.S. Bankruptcy Judge